```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 04488
    CATHERINE R BYLAK
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
           Debtor
    SSN XXX-XX-1452


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 02/27/2008 and was confirmed 05/22/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 02/12/2009.
--------------------------------------------------------------------------------
CREDITOR NAME                 CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
AMERICAN EXPRESS          UNSECURED       3029.40              .00            .00
AMERICAN EXPRESS          NOTICE ONLY    NOT FILED             .00            .00
AMERICAN EXPRESS          NOTICE ONLY    NOT FILED             .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED       2074.97              .00            .00
CAPITAL ONE AUTO FINANCE  UNSECURED      16143.74              .00            .00
FINANCIAL ASSET MANAGEME  NOTICE ONLY    NOT FILED             .00            .00
CAPITAL ONE AUTO FINANCE  NOTICE ONLY    NOT FILED             .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED       2373.01              .00            .00
CARSON PIRIE SCOTT        NOTICE ONLY    NOT FILED             .00            .00
CHASE MANHATTAN           UNSECURED      NOT FILED             .00            .00
ALLIANCE ONE              NOTICE ONLY    NOT FILED             .00            .00
CHASE                     NOTICE ONLY    NOT FILED             .00            .00
CHASE                     NOTICE ONLY    NOT FILED             .00            .00
CHASE MANHATTAN           UNSECURED      NOT FILED             .00            .00
CHASE                     NOTICE ONLY    NOT FILED             .00            .00
CHASE BANK                NOTICE ONLY    NOT FILED             .00            .00
COMCAST                   UNSECURED      NOT FILED             .00            .00
CRAFTERS CHOICE           UNSECURED      NOT FILED             .00            .00
CRAFTERS CHOICE           NOTICE ONLY    NOT FILED             .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED       2012.90              .00            .00
DELL FINANCIAL            NOTICE ONLY    NOT FILED             .00            .00
DELL FINANCIAL            NOTICE ONLY    NOT FILED             .00            .00
THE BUREAUS INC           UNSECURED      15199.25              .00            .00
DIRECT MERCHANTS BANK     NOTICE ONLY    NOT FILED             .00            .00
DIRECT TV                 UNSECURED      NOT FILED             .00            .00
DIRECTV                   NOTICE ONLY    NOT FILED             .00            .00
DIRECTV                   NOTICE ONLY    NOT FILED             .00            .00
DISH NETWORK              UNSECURED      NOT FILED             .00            .00
DONALD R HOFFMAN MD       UNSECURED      NOT FILED             .00            .00
DONALD R HOFFMAN DPM PC   NOTICE ONLY    NOT FILED             .00            .00
ROBERT C BOSACK DDS       UNSECURED      NOT FILED             .00            .00
FREDERIC J MRUGALA DDS    UNSECURED      NOT FILED             .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 04488 CATHERINE R BYLAK
```

```
ROUNDUP FUNDING LLC       UNSECURED         1559.64              .00              .00
HARLEM FURNITURE/WFNNB    NOTICE ONLY    NOT FILED               .00              .00
HARLEM FURNITURE/WFNNB    NOTICE ONLY    NOT FILED               .00              .00
THE HEARST CORPORATION    UNSECURED      NOT FILED               .00              .00
HOME DEPOT                UNSECURED      NOT FILED               .00              .00
HOME DEPOT                NOTICE ONLY    NOT FILED               .00              .00
HOME DEPOT                NOTICE ONLY    NOT FILED               .00              .00
HSBC                      UNSECURED      NOT FILED               .00              .00
HSBC BANK N               NOTICE ONLY    NOT FILED               .00              .00
HOUSEHOLD BANK            NOTICE ONLY    NOT FILED               .00              .00
MERCHANTS CREDIT GUIDE    UNSECURED      NOT FILED               .00              .00
MERCHANTS CREDIT GUIDE    UNSECURED      NOT FILED               .00              .00
MORE MAGAZINE             UNSECURED      NOT FILED               .00              .00
OB GYN SOUTHWEST SC       UNSECURED      NOT FILED               .00              .00
PALOS ANESTHESIA ASSO     UNSECURED      NOT FILED               .00              .00
PARKVIEW ORTHOPAEDIC GRO  UNSECURED      NOT FILED               .00              .00
PRIMARY HEALTH ASSOCIATE  UNSECURED      NOT FILED               .00              .00
PRIMARY HEALTH ASSOCIATE  UNSECURED      NOT FILED               .00              .00
QUEST DIAGNOSTIC          UNSECURED      NOT FILED               .00              .00
QUEST DIRECT              UNSECURED      NOT FILED               .00              .00
RODALE BOOKS              UNSECURED      NOT FILED               .00              .00
RODALE                    NOTICE ONLY    NOT FILED               .00              .00
RODALE                    NOTICE ONLY    NOT FILED               .00              .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         3208.60              .00              .00
SAMS CLUB                 NOTICE ONLY    NOT FILED               .00              .00
SAMS CLUB                 NOTICE ONLY    NOT FILED               .00              .00
SAMS CLUB                 NOTICE ONLY    NOT FILED               .00              .00
SAMS CLUB                 NOTICE ONLY    NOT FILED               .00              .00
T MOBILE                  UNSECURED          705.94              .00              .00
T MOBILE                  NOTICE ONLY    NOT FILED               .00              .00
T MOBILE                  NOTICE ONLY    NOT FILED               .00              .00
TARGET NATIONAL BANK      UNSECURED      NOT FILED               .00              .00
THOMAS P FIORENZA DDS     UNSECURED      NOT FILED               .00              .00
TRACE AMBULANCE           UNSECURED      NOT FILED               .00              .00
VERIZON WIRELESS          UNSECURED         1172.75              .00              .00
VERIZON WIRELESS          NOTICE ONLY    NOT FILED               .00              .00
VINCENT R ARRIGO DDS      UNSECURED      NOT FILED               .00              .00
VINCENT R ARRIGO DDS      NOTICE ONLY    NOT FILED               .00              .00
WEIGHT WATCHERS           UNSECURED      NOT FILED               .00              .00
ROUNDPOINT MORTGAGE SERV  CURRENT MORTG       .00                .00              .00
ROUNDPOINT MORTGAGE SERV  MORTGAGE ARRE    1698.56               .00          1698.56
HARRIS NA                 CURRENT MORTG       .00                .00              .00
HARRIS NA                 MORTGAGE ARRE    7244.34               .00          1318.37
US BANK/ELAN/RETAIL PAYM  CURRENT MORTG       .00                .00              .00
US BANK/ELAN/RETAIL PAYM  MORTGAGE ARRE    1568.12               .00           285.38
HARRIS TRUST & SAVINGS B  NOTICE ONLY    NOT FILED               .00              .00
HARRIS TRUST & SAVINGS B  NOTICE ONLY    NOT FILED               .00              .00
ROUNDPOINT MORTGAGE SERV  NOTICE ONLY    NOT FILED               .00              .00
COOK COUNTY TREASURER     SECURED NOT I     6332.87              .00              .00

                  PAGE  2 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 04488 CATHERINE R BYLAK
```

```
STUART B HANDELMAN        DEBTOR ATTY        .00                           .00
TOM VAUGHN                TRUSTEE                                       282.69
DEBTOR REFUND             REFUND                                           .00

        Summary of Receipts and Disbursements:
  ------------------------------------------------------------------------
                            RECEIPTS          DISBURSEMENTS
  ------------------------------------------------------------------------
TRUSTEE                    3,585.00

PRIORITY                                              .00
SECURED                                          3,302.31
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                               282.69
DEBTOR REFUND                                         .00
                         ---------------    ---------------
TOTALS                     3,585.00            3,585.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
     Dated: 03/11/09            _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE